IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARVIN WILLIAMS, ET AL.                                                                                       PLAINTIFFS

V.                                                                                           CAUSE NO.: 1:13CV00009-SA-DAS

CITY OF ABERDEEN, MISSISSIPPI, ET AL.                                                         DEFENDANTS

## ORDER DISMISSING ACTION

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS HEREBY ORDERED** that this action be dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 22nd day of November, 2013.

                 **/s/ Sharion Aycock**
                 **U. S. DISTRICT JUDGE**