**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**MARVIN WILLIAMS, ET AL.**                                                                             **PLAINTIFFS**

**V.**                                                                             **CIVIL ACTION NO. 1:13CV9-A-S**

**CITY OF ABERDEEN, MISSISSIPPI, ET AL.**                                                                             **DEFENDANTS**

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Upon motion of the parties, the Court is advised that the Plaintiffs and Defendants have compromised and settled this case and, for that reason, any and all claims by or on behalf of Plaintiffs Marvin Williams, Robert Williams and Robert Fells in this action against Defendants City of Aberdeen, Mississippi, Chief Henry Randle, Officer Nakeith Stribling, Officer Michael Walker and Aberdeen School District are hereby dismissed with prejudice with each party to bear their own costs.

SO ORDERED, this the 2nd day of January, 2014.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

The Following Agree to Entry
of the Above and Foregoing Order:

s/Carlos E. Moore
Attorney for Plaintiffs

s/Berkley N. Huskison
Attorney for Defendants
City of Aberdeen, Mississippi,
Chief Henry Randle, Officer Nakeith
Stribling and Officer Michael Walker

s/John S. Hooks
Attorney for Defendant
Aberdeen School District